ALLAN BLOCK CORPORATION,
Plaintiff–Appellant,

v.

COUNTY MATERIALS
CORPORATION,
Defendant.

No. 2009–1540.

United States Court of Appeals,
Federal Circuit.

March 10, 2010.

Darren B. Schwiebert, James R. Mayer, Laura L. Myers, Fredrikson & Byron, Minneapolis, MN, for Allan Block Corporation, Plaintiff–Appellant.

Chad Drown, Faegre & Benson LLP, Minneapolis, MN, for County Materials Corporation, Defendant.

ON MOTION

ORDER

Upon consideration of Allan Block Corporation's unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.